NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHARLES L. SIMMONS,          )
                                         )

          Appellant,         )

v.                               )          Case No. 2D19-158

STATE OF FLORIDA,         )

          Appellee.         )

Opinion filed September 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

Charles L. Simmons, pro se.


PER CURIAM.


         Affirmed.


CASANUEVA, MORRIS, and BADALAMENTI, JJ., Concur.